**LEWIS BRISBOIS BISGAARD & SMITH LLP**
STEPHEN H. TURNER, SB# 89627
  E-Mail: Stephen.Turner@lewisbrisbois.com
LARISSA G. NEFULDA, SB# 201903
  E-Mail: Larissa.Nefulda@lewisbrisbois.com
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for Defendant, GC SERVICES LIMITED PARTNERSHIP

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JONATHAN KESSELMAN, individually and on behalf of all others similarly situated,<br><br>           Plaintiff,<br><br>    vs.<br><br>GC SERVICES LIMITED PARTNERSHIP; DOES 1-100, AND EACH OF THEM,<br><br>           Defendant(s). | CASE NO. 2:16-cv-02449-SVW-RAO<br><br>**NOTICE OF SETTLEMENT**<br><br>Trial Date:    None Set |

   Defendant GC Services, Inc. hereby advises the court that the parties have reached a settlement resolving all outstanding issues. They will shortly be filing a stipulation that the case may be dismissed with prejudice.

DATED: January 3, 2017        LEWIS BRISBOIS BISGAARD & SMITH LLP


                   By:  */s/ Stephen H. Turner*
                        Stephen H. Turner
                        Attorneys for Defendant, GC SERVICES LIMITED PARTNERSHIP

4822-4029-2671.1

1
NOTICE OF SETTLEMENT